UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
MELAHOURES, STELIOS                       §    Case No. 12-10988
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/14/2013 in Courtroom ,
    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2013            By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MELAHOURES, STELIOS                 §       Case No. 12-10988
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,724.91 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 7,714.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,522.49 | $ 0.00 | $ 1,522.49 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 37.71 | $ 0.00 | $ 37.71 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,560.20 |
| Remaining Balance | $ 6,154.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 237,461.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The PrivateBank & Trust Company | $ 237,461.33 | $ 0.00 | $ 6,154.71 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,154.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
　　　　　　　　　　　　　　　Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 12-10988-BWB
Stelios Melahoures                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ahamilton          Page 1 of 2           Date Rcvd: May 14, 2013
                           Form ID: pdf006         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2013.
```
db          +Stelios Melahoures,   16511 S. Kensington,   Homer Glen, IL 60491-8474
18649870    +American Express,   POB 981537,   El Paso, TX 79998-1537
18649872    +Carsons Pirie Scott/HSBC,   POB 5253,   Carol Stream, IL 60197-5253
18649874    +Chase,   POB 24696,   Columbus, OH 43224-0696
18649875    +CitiBank Sears,   POB 6241,   Sioux Falls, SD 57117-6241
18649876    +Credit First NA/Firestone,   POB 81083,   Cleveland, OH 44181-0083
18649877     Discover,   POB 30420,   Salt Lake City, UT 84130-0420
18649880     GE Money,   345 St. Peter,   900 Landmark,   Saint Paul, MN 55102
18649882    +Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 E. Randolph Street,
              Chicago, IL 60601-6206
18649884     Konstantinos Melahoures,   27660 Santa Margarita,   Mission Viejo, CA 92691-6674
18649885     Menards,   POB 15524,   Wilmington, DE 19850
18649886    +Palos Bank & Trust,   12600 S. Harlem Ave.,   Palos Heights, IL 60463-1491
18649887    +Private Bank & Trust,   120 S. LaSalle St.,   Chicago, IL 60603-3412
18649889    +Target National Bank,   POB 673,   Minneapolis, MN 55440-0673
18649891    +The Private Bank and Trust Company,   c/o Murray, jensen & Wilson, Ltd.,
              101 North Wacker Drive; Suite 10,   Chicago, IL 60606-1784
20244657    +The PrivateBank & Trust Company,   c/o Scott E. Jensen,   101 N. Wacker Dr., Suite 101,
              Chicago, IL 60606-1714
18649892     Tony Chardoulias,   235 Sheridan,   #2D,   Waterloo, IA 50701
18649893    +Wells Fargo Home Mortgage,   POB 10335,   Des Moines, IA 50306-0335
18649894     Wells Fargo Mortgage,   POB 14411,   Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18649878     E-mail/Text: fmb.bankruptcy@firstmidwest.com May 15 2013 10:58:26     First Midwest bank,
              POB 9003,   Gurnee, IL 60031-9003
18649879    +E-mail/PDF: gecsedi@recoverycorp.com May 15 2013 03:35:09     GE Capital/Care Credit,
              POB 981439,   El Paso, TX 79998-1439
18649881    +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 1969 17:00:00     GECRB/Lord & Tay,   POB 965015,
              Orlando, FL 32896-5015
18649883     E-mail/Text: cio.bncmail@irs.gov May 15 2013 01:58:07     Internal Revenue Service,
              Centralized Insolvency Ooperations,   POB 7346,   Philadelphia, PA 19101-7346
18649888    +E-mail/Text: rjm@ebn.phinsolutions.com May 15 2013 04:04:31     RJM Aquisitions,
              575 Underhill Blvd.,   Suite 224,   Syosset, NY 11791-4437
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18649871      C & S Petroleum, Inc.
18649873     ##+CCO Mortgage,   2812 Emerywood Parkway,   Henrico, VA 23294-3727
18649890     ##TCF Equipment Finance, Inc.,   425 N. Martingale Rd.,   Ste. 50,   Schaumburg, IL 60173-2219
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**          **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1           User: ahamilton            Page 2 of 2             Date Rcvd: May 14, 2013
                               Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
          Christopher H Purcell   on behalf of Creditor   First Midwest Bank, N.A. shermlaw13@aol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou   on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Timothy M Hughes   on behalf of Debtor Stelios  Melahoures thughes@lavellelaw.com
                                                                                                                                TOTAL: 5