UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MELAHOURES, STELIOS § Case No. 12-10988
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

```
```

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Peter N. Metrou, Trustee _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest bank POB 9003 Gurnee, IL 60031-9003 |  |  |  |  |  |
|  | First Midwest bank POB 9003 Gurnee, IL 60031-9003 |  |  |  |  |  |
|  | Palos Bank & Trust 12600 S. Harlem Ave. Palos Heights, IL 60463 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF Equipment Finance, Inc. 425 N. Martingale Rd. Ste. 50 Schaumburg, IL 60173-2219 | | | | | |
| | The Private Bank and Trust Company c/o Murray, jensen & Wilson, Ltd. 101 North Wacker Drive; Suite 10 Chicago, IL 60606 | | | | | |
| | Wells Fargo Home Mortgage POB 10335 Des Moines, IA 50306 | | | | | |
| | Wells Fargo Mortgage POB 14411 Des Moines, IA 50306-3411 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 E. Randolph Street Chicago, IL 60601 | | | | | |
| | Internal Revenue Service Centralized Insolvency Ooperations POB 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express POB 981537 El Paso, TX 79998 | | | | | |
| | CCO Mortgage 2812 Emerywood Parkway Henrico, VA 23294 | | | | | |
| | Carsons Pirie Scott/HSBC POB 5253 Carol Stream, IL 60197 | | | | | |
| | Chase POB 24696 Columbus, OH 43224 | | | | | |
| | CitiBank Sears POB 6241 Sioux Falls, SD 57117 | | | | | |
| | Credit First NA/Firestone POB 81083 Cleveland, OH 44181 | | | | | |
| | Discover POB 30420 Salt Lake City, UT 84130-0420 | | | | | |
| | GE Capital/Care Credit POB 981439 El Paso, TX 79998 | | | | | |
| | GE Money 345 St. Peter 900 Landmark Saint Paul, MN 55102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/Lord & Tay POB 965015 Orlando, FL 32896 | | | | | |
| | Konstantinos Melahoures 27660 Santa Margarita Mission Viejo, CA 92691-6674 | | | | | |
| | Menards POB 15524 Wilmington, DE 19850 | | | | | |
| | Palos Bank & Trust 12600 S. Harlem Ave. Palos Heights, IL 60463 | | | | | |
| | RJM Aquisitions 575 Underhill Blvd. Suite 224 Syosset, NY 11791 | | | | | |
| | TCF Equipment Finance, Inc. 425 N. Martingale Rd. Ste. 50 Schaumburg, IL 60173-2219 | | | | | |
| | Target National Bank POB 673 Minneapolis, MN 55440 | | | | | |
| | Tony Chardoulias 235 Sheridan #2D Waterloo, IA 50701 | | | | | |
| 000001 | THE PRIVATEBANK & TRUST COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-10988 BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MELAHOURES, STELIOS | | Date Filed (f) or Converted (c): | 03/20/12 (f) |
| | | | 341(a) Meeting Date: | 04/12/12 |
| For Period Ending: | 08/27/13 | | Claims Bar Date: | 04/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 16511 S. Kensin | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. Through corporation owns a Gas Station located at | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Money in joint checking account at Midwest Bank | 700.00 | 0.00 | | 0.00 | FA |
| 5. Savings account at Midwest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Joint Savings account at Midwest bank | 792.00 | 792.00 | | 0.00 | FA |
| 7. RBC Wealth Management account (Pledged to Palos Ba | 15,550.00 | 0.00 | | 0.00 | FA |
| 8. Account at Virtual Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household goods | 2,500.00 | 850.00 | | 0.00 | FA |
| 10. Books & Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 11. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Wedding ring & watches | 500.00 | 0.00 | | 0.00 | FA |
| 13. Term life insurance (face value $500,000.00) | 0.00 | 0.00 | | 0.00 | FA |
| 14. IRA Annuity with Lincoln Financial | 134,705.00 | 0.00 | | 0.00 | FA |
| 15. IRA Account with Diversified Investmens | 18,441.00 | 0.00 | | 0.00 | FA |
| 16. 157 S. York, LLC (Business property owns a gas sta | 0.00 | 0.00 | | 0.00 | FA |
| 17. 157 South York Road, Inc. (Business operates a gas | 0.00 | 0.00 | | 0.00 | FA |
| 18. C & S Petroleum, Inc. (closed business) | 0.00 | 0.00 | | 0.00 | FA |
| 19. Subordinated Note from 157 S. York, Inc. -- $72,00 | 1.00 | 1.00 | | 0.00 | FA |
| 20. Tax refund | 1,388.50 | 888.50 | | 0.00 | FA |
| 21. 1993 Lincoln | 650.00 | 0.00 | | 0.00 | FA |
| 22. (Wife has a 2003 Lincoln -- with a FMV = $3,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 23. Preferential Transfers Made (u) | 0.00 | 0.00 | | 7,724.91 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $778,877.50 | $2,531.50 | | $7,724.91 | $0.00 |

LFORM1

Ver: 17.02g

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-10988 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MELAHOURES, STELIOS | | | Date Filed (f) or Converted (c): | 03/20/12 (f) |
| | | | | 341(a) Meeting Date: | 04/12/12 |
| | | | | Claims Bar Date: | 04/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement approved - requested turnover of settlement funds

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 09/30/13

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit 9

| Case No: | 12-10988 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MELAHOURES, STELIOS | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9991 Checking Account |
| Taxpayer ID No: | *******1108 | | |
| For Period Ending: | 08/27/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/13 | 23 | STELIOS MELAHOURES<br>CHRISTINE MELAHOURES | SETTLEMENT | 1141-000 | 7,724.91 | | 7,724.91 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 10.00 | 7,714.91 |
| 06/18/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,560.20 | 6,154.71 |
| | | | Fees       1,522.49 | 2100-000 | | | |
| | | | Expenses     37.71 | 2200-000 | | | |
| 06/18/13 | 001002 | The PrivateBank & Trust Company<br>c/o Scott E. Jensen<br>101 N. Wacker Dr., Suite 101<br>Chicago, IL 60606 | Claim 000001, Payment 2.59188% | 7100-000 | | 6,154.71 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,724.91 | 7,724.91 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,724.91 | 7,724.91 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,724.91 | 7,724.91 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9991 | 7,724.91 | 7,724.91 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 7,724.91 | 7,724.91 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7,724.91     7,724.91

Ver: 17.02g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-10988 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MELAHOURES, STELIOS | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9991 Checking Account |
| Taxpayer ID No: | *******1108 | | | |
| For Period Ending: | 08/27/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*